SPIVEY v. MOTOR CORP.

No. 196 PC.

Case below: 46 N.C. App. 313.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 15 July 1980.

STATE v. ADAMS

No. 160 PC.

Case below: 46 N.C. App. 57.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 15 July 1980.

STATE v. DAUGHTRY

No. 171 PC.

Case below: 45 N.C. App. 713.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

STATE v. GATEWOOD

No. 163 PC.

Case below: 46 N.C. App. 28.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 15 July 1980.

STATE v. LANG

No. 235 PC.

No. 69 (Fall Term).

Case below: 46 N.C. App. 138.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 15 July 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 15 July 1980.